| Date | Pleading Number | |
|---|---|---|
| 5/10/71 | 1. | MOTION of defendant Spartan Aviation, Inc. for transfer of one C.D. Cal. action to N.D. Okla. Also filed BRIEF and CERTIFICATE OF SERVICE.  Original and nine copies. |
| 5/25/71 | 2 | JOHN L. MORGAN, etc. v. United Aircraft Corp., et al.,C.D Calif. 70-771 Plaintiffs' Brief in Opposition to defendant's motion to transfer under 28 U.S.C. §1407 |
| 6/1/71 | 3. | UNITED AIRCRAFT CORP. - ltr. response (dtd. 5/28/71) |
| 6/30/71 | | HEARING ORDER - July 30, 1971 - Denver, Colorado (A-1 and A-2) |
| 6/30/71 | | MORGAN V. DEHAVILLAND AIRCRAFT OF CANADA, E.D.N.Y. 70C 280 |
| | | GELLER V. DEHAVILLAND AIRCRAFT OF CANADA, E.D.N.Y. 71 C 383 |
| | | HEARING ORDER AND ORDER TO SHOW CAUSE - July 30, 1971 - Denver, Colorado |
| | | Notified counsel, and involved judges. |
| 7/16/71 | 4. | DEHAVILLAND BRIEF IN OPOSITION TO TRANSFER (D) |
| 8/23/71 | | CONSENT OF THE TRANSFEREE COURT - Honorable Robert Ferguson Marsh, C.J. W.D. Penna., consent for Judge Rosenberg to handle the litigation |
| 8/23/71 | | OPINION AND ORDER transferring the below cases to Honorable Louis Rosenberg for coordinated or consolidated pretrial proceedings; N.D. ILL C.A. No. 71 812 and 71-812; N.D. INDIANA C.A. Nos. 71-9 and 71-91 2); S.D. ILL., CA No. 788; D. COLORADO 67 C 311; N.D. Ohio C.A. No. 71-52; N.D. West Va., CA No. 68-9-W; Delaware C.A. Nos. 71-095 and 71-409. |
| 8/23/71 | | CONSENT OF TRANSFEREE COURT.  Honorable Albert Lee Stephens, Chief Judge Consent for Honorable Robert J. Kelleher to handle the litigation |
| 8/23/71 | | OPINION AND ORDER -  transferring XXXXXXXXXXXXXXXXXX to C.D. Calif., N.D. Oklahoma 71-C-11 and E.D. N.Y. 70-C-280 and 71-C-383 for consolidated or coordinated pretrial proceedings and transferring to Judge Kelleher. |

*Opinion and Order 8/23/71 331 F. Supp 547*

DOCKET NO. __72__

DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE AIR DISASTER AT SAN ANTONIO, VENEZUELA *on 8/23/71 ☀ C.D.Calif*

*Transferred to Judge Kelleher* Crash Occurred:  April 1969

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|-----|---------|------------------------|-------|---------------|-------|
| A-1 | John L. Morgan, etc. v. United Aircraft Corporation, et al. | C.D. Cal. 70-771-RK | | | Motion |
| A-2 | Mery S. Moir, et al. v. Spartan Aviation, Inc. | N.D. Okla. 71-C-11 | *Behanon* | ☀ | Motion |
| B-1 | John J. Morgan, et al. v. Spartan Aviation, Inc. | N.D. Okla. 70-C-72 | *NT* | ☀ | |
| C-1 | John J. Morgan, etc. v. The DeHavilland Aircraft of Canada Ltd., et al. | E.D.N.Y. 70C 280 | Travia | ☀ | |
| C-2 | Roman F. Geller, Jr., etc. v. The DeHavilland Aircraft of Canada Ltd., et al. | E.D.N.Y. 71 C 383 | Travia | ☀ | |

*Dismissed per J. Kelleher's status report of 9/12/23*

*Opinion and Order of 8/23/71 ___ F Supp* DOCKET NO. 72

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE AIR DISASTER AT SAN ANTONIO, VENEZUELA

*✗ Service Counsel*

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-1 | Daniel C. Catchart, Esquire<br>Magana and Cathcart<br>1800 Avenue of the Stars, Suite 830<br>Los Angeles, California  90067<br><br>*GERALD A Robbie, Esq.*<br>Kreindler and Kreindler *✗*<br>99 Park Avenue<br>New York, New York | M. Eugene Wooley, Esquire *✗ (SPARTAN)*<br>Brill, Hunt, DeBuys & Burby<br>510 South Spring Street<br>Los Angeles, California  90013<br><br>*Robert C. Packard, Esq.*<br>Kirtland & Packard *✗ (United Aircraft)*<br>639 S. Spring Street<br>Los Angeles, California  90014 |
| A-2 | Donald G. Hopkins, Esquire<br>Rucker & Tabor<br>Post Office Box 1439<br>Tulsa, Oklahoma<br><br>Also Kreindler firm | Monnet, Hayes, Bullis, Grubb & Thompson<br>1719 First National Building<br>Oklahoma City, Oklahoma  73102 |
| B-1 | Same as A-2 above (Hopkins & Kreindler) | Same as A-2 above (Monnet firm) |
| C-1 | Same as A-1 above | DEHAVILLAND, ETC.<br>Haight, Gardner, Poor & Havens<br>80 Broad Street<br>New York, New York |
| C-2 | Same as A-1 above | UNITED AIRCRAFT<br><br>Mendes & Mount<br>27 William Street<br>New York, New York |

p. _____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _72_ -- ___In re Air Disaster at San Antonio, Venezuela___

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| United Aircraft | A-1 |
| Spartan Aviation, Inc. | A-1; A-2; B-1 |
| De Havilland Aircraft of Canada | C-1; C-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

DOCKET NO. _72_ -- ___In re Air Disaster at San Antonio, Venezuela___